| PROB.22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) 1:13CR00097 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT CONNECTICUT | DIVISION |
|---|---|---|
| Henry A. Fellela, Jr. Wyatt Detention Center | NAME OF SENTENCING JUDGE Honorable John J. McConnell, Jr., U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM: 03/27/2018 | TO: 03/26/2021 |

| OFFENSE |
|---|
| Knowingly and with Intent to Defraud Use One or More Unauthorized Access Devices, Aggravated Identity Theft, Social Security Fraud, Theft of Government Funds |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF CONNECTICUT** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

_3/27/2019_           _[signature]_
Date                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **CONNECTICUT**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/8/19_           /s/ Stefan R. Underhill
Date                 Chief United States District Judge

PASSPORT SURRENDERED

# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00097-JJM-PAS-1

Case title: USA v. Fellela

Date Filed: 07/24/2013
Date Terminated: 08/29/2014

---

Assigned to: Judge John J. McConnell, Jr.
Referred to: Magistrate Judge Patricia A. Sullivan

**Defendant (1)**

**Henry A. Fellela, Jr.**
*TERMINATED: 08/29/2014*

represented by **Michael R. Lombardi**
Michael R. Lombardi, Esq.
Attorney at Law
1011 Smith Street
Providence, RI 02908
401-751-6100
Fax: 401-751-0404
Email: ml@lombardirusso.com
*TERMINATED: 10/17/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Olin W. Thompson**
Federal Defender's Office
10 Weybosset St.
Suite 300
Providence, RI 02903
401-528-4281 (ex. 14)
Fax: 528-4285
Email: olin_thompson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:1029(a)(2) - KNOWINGLY AND
WITH INTENT TO DEFRAUD USE
ONE OR MORE UNAUTHORIZED

**Disposition**

Court imposes a total of 48 months
incarceration; 24 months as to Counts 1,
3, 4, and 5 and 24 months as to Count 2

ACCESS DEVICES
(1)

to be served consecutive to Counts 1, 3, 4, and 5. 3 years of supervised release. Restitution in the amount of $3077.13. A $500 special assessment. No fine imposed.

18:1028A(a)(1) and (c)(4) - AGGRAVATED IDENTITY THEFT
(2)

Court imposes a total of 48 months incarceration; 24 months as to Counts 1, 3, 4, and 5 and 24 months as to Count 2 to be served consecutive to Counts 1, 3, 4, and 5. 3 years of supervised release. Restitution in the amount of $3077.13. A $500 special assessment. No fine imposed.

42:1383a(a)(3) - SOCIAL SECURITY FRAUD
(3)

Court imposes a total of 48 months incarceration; 24 months as to Counts 1, 3, 4, and 5 and 24 months as to Count 2 to be served consecutive to Counts 1, 3, 4, and 5. 3 years of supervised release. Restitution in the amount of $3077.13. A $500 special assessment. No fine imposed.

18:641 - THEFT OF GOVERNMENT FUNDS
(4-5)

Court imposes a total of 48 months incarceration; 24 months as to Counts 1, 3, 4, and 5 and 24 months as to Count 2 to be served consecutive to Counts 1, 3, 4, and 5. 3 years of supervised release. Restitution in the amount of $3077.13. A $500 special assessment. No fine imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**                    represented by **Richard W. Rose**
United States Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02906
401-709-5043
Fax: 709-5001
Email: richard.rose@usdoj.gov
*TERMINATED: 03/25/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zechariah Chafee**
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
401-709-5052
Fax: 401-709-5001
Email: zechariah.chafee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2013 | 1 | MOTION to Seal Case filed by USA as to Henry A. Fellela, Jr. (Noel, Jeannine) (Entered: 07/25/2013) |
| 07/24/2013 | 2 | INDICTMENT as to Henry A. Fellela, Jr (1) count(s) 1, 2, 3, 4-5. (Attachments: # 1 Criminal Cover Sheet) (Noel, Jeannine) (Entered: 07/25/2013) |
| 07/25/2013 | 3 | ORDER granting 1 Motion to Seal Case as to Henry A. Fellela Jr. (1). So Ordered by Judge John J. McConnell, Jr on 7/25/2013.(Noel, Jeannine) (Entered: 07/25/2013) |
| 07/26/2013 | | Arrest of Henry A. Fellela, Jr (Saucier, Martha) (Entered: 07/26/2013) |
| 07/26/2013 | | ORAL MOTION to Unseal Case filed by Henry A. Fellela, Jr. (Saucier, Martha) (Entered: 07/26/2013) |
| 07/26/2013 | | ORAL ORDER granting [] Motion to Unseal Case as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 7/26/13.(Saucier, Martha) (Entered: 07/26/2013) |
| 07/26/2013 | 4 | NOTICE OF ATTORNEY APPEARANCE: Michael R. Lombardi appearing for Henry A. Fellela, Jr (Saucier, Martha) (Entered: 07/26/2013) |
| 07/26/2013 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Arraignment as to Henry A. Fellela Jr. (1) Count 1,2,3,4-5 held on 7/26/2013, Bond Hearing as to Henry A. Fellela, Jr held on 7/26/2013. Richard Rose for the government; Michael Lombardi for the defendant; Charleen Jenkins for probation. Goverment moves to unseal case; Court grants the motion to unseal; |

| | | Court informs defendant of his rights and pending charges; Court enters a plea of not guilty on behalf of the defendant as to all counts; Court enters an arraignment order; Government requests $50,000.00 Unsecured Bond with home incarceration and additional condtions; Defendant argues for bond without electronic monitoring; Court orders defendant released on $50,000.00 unsecured bond with home incarceration and additional conditions. (Courtroom B at 12:12.) (Saucier, Martha) (Entered: 07/26/2013) |
|---|---|---|
| 07/26/2013 | 5 | ARRAIGNMENT ORDER as to Henry A. Fellela, Jr Motions due by 10/15/2013. Responses due by 10/29/2013. So Ordered by Magistrate Judge Patricia A. Sullivan on 7/26/13. (Saucier, Martha) (Entered: 07/26/2013) |
| 07/26/2013 | 6 | Appearance Bond Entered as to Henry A. Fellela, Jr in amount of $ $50,000.00 Unsecured Bond with additional conditions. So Ordered by Magistrate Judge Patricia A. Sullivan on 7/26/13. (Saucier, Martha) (Entered: 07/26/2013) |
| 07/26/2013 | 7 | ORDER Setting Conditions of Release as to Henry A. Fellela Jr. (1) $50,000.00 Unsecured Bond with additional conditions. So Ordered by Magistrate Judge Patricia A. Sullivan on 7/26/13. (Saucier, Martha) (Entered: 07/26/2013) |
| 07/30/2013 | 9 | Arrest Warrant Returned Executed on 7/26/2013 in case as to Henry A. Fellela, Jr. (McGuire, Vickie) (Entered: 07/30/2013) |
| 09/04/2013 | 10 | MOTION to Travel filed by Henry A. Fellela, Jr. (Lombardi, Michael) (Entered: 09/04/2013) |
| 09/05/2013 | | TEXT ORDER granting 10 Motion to Travel as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 9/5/13.(Saucier, Martha) (Entered: 09/05/2013) |
| 09/11/2013 | 11 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Calendar Call set for Wednesday, 9/25/2013 at 10:00 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 09/11/2013) |
| 09/19/2013 | 12 | MOTION to Travel filed by Henry A. Fellela, Jr. (Lombardi, Michael) (Entered: 09/19/2013) |
| 09/20/2013 | | TEXT ORDER granting 12 Motion to Travel as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 9/20/13.(Saucier, Martha) (Entered: 09/20/2013) |
| 09/23/2013 | 13 | TRIAL NOTICE signed by Judge John J. McConnell, Jr. on 9/23/13(Barletta, Barbara) (Entered: 09/23/2013) |
| 09/23/2013 | | CANCELLATION OF NOTICE OF HEARING as to Henry A. Fellela, Jr.: The calendar call scheduled for 9/25/13 and the jury empanelment scheduled for 10/9/13 are cancelled. All deadlines contained in the trial notice are vacated; all deadlines contained in the arraignment order stand. This case will be placed on the November, 2013 trial calendar(Barletta, Barbara) (Entered: 09/23/2013) |
| 09/24/2013 | 14 | MOTION to Continue filed by Henry A. Fellela, Jr. (Lombardi, Michael) (Entered: 09/24/2013) |
| 09/26/2013 | | |

| | | |
|---|---|---|
| | | TEXT ORDER granting 14 Motion to Continue as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 9/26/13.(Barletta, Barbara) (Entered: 09/26/2013) |
| 10/07/2013 | 15 | MOTION to Withdraw as Attorney by Michael R. Lombardi. filed by Henry A. Fellela, Jr. (Lombardi, Michael) (Entered: 10/07/2013) |
| 10/09/2013 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr Motion Hearing set for **10/17/2013 11:30 AM** in Courtroom B before Magistrate Judge Patricia A. Sullivan on 15 Motion to Withdraw as Attorney. (Saucier, Martha) (Entered: 10/09/2013) |
| 10/10/2013 | 16 | NOTICE OF ATTORNEY APPEARANCE: Olin W. Thompson appearing for Henry A. Fellela, Jr (Thompson, Olin) (Entered: 10/10/2013) |
| 10/11/2013 | 17 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Calendar Call set for Tuesday, 10/29/2013 at 09:30 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 10/11/2013) |
| 10/11/2013 | 18 | TRIAL NOTICE filed.(Barletta, Barbara) (Entered: 10/11/2013) |
| 10/11/2013 | 19 | PRETRIAL ORDER as to Henry A. Fellela, Jr - So Ordered by Judge John J. McConnell, Jr. on 10/11/13. (Barletta, Barbara) (Entered: 10/11/2013) |
| 10/17/2013 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan:Motion Hearing as to Henry A. Fellela, Jr held on 10/17/2013 re 15 MOTION to Withdraw as Attorney by Michael R. Lombardi. filed by Henry A. Fellela, Jr. Richard Rose for the government; Michael Lombardi for the defendant; Court informs defendant of his rights; Court appoints FPD on behalf of the defendant; Court grants the motion to withdraw.(Courtroom B at 11:43.) (Saucier, Martha) (Entered: 10/17/2013) |
| 10/17/2013 | | ORDER granting 15 Motion to Withdraw as Attorney. Michael R. Lombardi withdrawn from case. as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 10/17/13.(Saucier, Martha) (Entered: 10/17/2013) |
| 10/17/2013 | 20 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Henry A. Fellela, Jr. So Ordered by Magistrate Judge Patricia A. Sullivan on 10/17/13. (Saucier, Martha) (Entered: 10/17/2013) |
| 10/25/2013 | 21 | MOTION to Continue *Impanelment And Extend Time For Filing Motions* With Supporting Memorandum filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 10/25/2013) |
| 10/28/2013 | | TEXT ORDER granting 21 Motion to Continue as to Henry A. Fellela Jr. (1); the calendar call scheduled for 10/29/13 and the empanelment scheduled for 11/5/13 are cancelled and all deadlines previously issued are vacated; this case will be on the January, 2014 trial calendar- So Ordered by Judge John J. McConnell, Jr. on 10/28/13.(Barletta, Barbara) (Entered: 10/28/2013) |
| 10/28/2013 | | Reset Deadlines as to Henry A. Fellela, Jr: Motions due by 12/27/2013. (Barletta, Barbara) (Entered: 10/28/2013) |
| 11/14/2013 | 22 | MOTION to Travel filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 11/14/2013) |

| 11/15/2013 | | TEXT ORDER granting 22 Motion to Travel as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 11/15/13.(Saucier, Martha) (Entered: 11/15/2013) |
|---|---|---|
| 11/22/2013 | 23 | Second MOTION to Travel filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 11/22/2013) |
| 11/22/2013 | | TEXT ORDER denying 23 Motion to Travel as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 11/22/13.(Saucier, Martha) (Entered: 11/22/2013) |
| 11/25/2013 | 24 | Third MOTION to Travel filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 11/25/2013) |
| 11/26/2013 | | TEXT ORDER granting 24 Motion to Travel on Thanksgiving Day as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 11/26/2013.(Noel, Jeannine) (Entered: 11/26/2013) |
| 12/04/2013 | 25 | MOTION to Modify Conditions of Release WITH SUPPORTING MEMO filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 12/04/2013) |
| 12/06/2013 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr Motion to Modify Conditions of Release Hearing set for **12/11/2013 02:00 PM** in Courtroom B before Magistrate Judge Patricia A. Sullivan.(Saucier, Martha) (Entered: 12/06/2013) |
| 12/11/2013 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan:Motion Hearing as to Henry A. Fellela, Jr held on 12/11/2013 re 25 MOTION to Modify Conditions of Release filed by Henry A. Fellela, Jr. Richard Rose for the government; Olin Thompson for the defendant; Derek Dufresne for probation. Defendant argues motion; Government defers to the Court; Court grants in part and denies in part the motion to modify conditions of release.(Courtroom B at 2:01.) (Saucier, Martha) (Entered: 12/11/2013) |
| 12/11/2013 | | TEXT ORDER granting in part and denying in part 25 Motion to Modify Conditions of Release as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 12/11/13.(Saucier, Martha) (Entered: 12/11/2013) |
| 12/11/2013 | 26 | AMENDED ORDER Setting Conditions of Release as to Henry A. Fellela Jr. (1) $50,000.00 Unsecured Bond with additional conditions. So Ordered by Magistrate Judge Patricia A. Sullivan on 12/11/13. (Saucier, Martha) (Entered: 12/11/2013) |
| 12/12/2013 | 27 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Calendar Call set for Friday, 1/3/2014 at 09:30 AM in Courtroom 3 before Judge John J. McConnell Jr. (Barletta, Barbara) (Entered: 12/12/2013) |
| 12/23/2013 | 28 | TRIAL NOTICE AND PRETRIAL ORDER signed by Judge John J. McConnell, Jr.(Barletta, Barbara) (Entered: 12/23/2013) |
| 12/30/2013 | 29 | Second MOTION to Continue filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 12/30/2013) |
| 01/02/2014 | | |

| | | |
|---|---|---|
| | | TEXT ORDER granting 29 Motion to Continue as to Henry A. Fellela Jr. (1); the calendar call scheduled for Friday, 1/2/14 and the jury empanelment scheduled for 1/9/14 before Judge John J. McConnell, Jr. are cancelled. All deadlines previously issued are vacated. This case will be placed on the February, 2014 trial calendar- So Ordered by Judge John J. McConnell, Jr. on 1/2/14.(Barletta, Barbara) (Entered: 01/02/2014) |
| 01/16/2014 | 30 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Calendar Call set for Tuesday, 2/4/2014 at 09:30 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 01/16/2014) |
| 01/27/2014 | 31 | TRIAL NOTICE AND PRETRIAL ORDER - signed by Judge John J. McConnell, Jr. on 1/24/14(Barletta, Barbara) (Entered: 01/27/2014) |
| 02/04/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr:Calendar Call as to Henry A. Fellela, Jr held on 2/4/2014; counsel of record present(Court Reporter Debra Lajoie in Courtroom 3 at 9:50 a.m..) (Barletta, Barbara) (Entered: 02/04/2014) |
| 02/04/2014 | | TEXT ORDER: This case is continued to the March, 2014 trial calendar at the defendant's request. The time requested is excludable pursuant to 18 U.S.C. Section 3161(h) of the Speedy Trial Act- So Ordered by Judge John J. McConnell, Jr.on 2/4/14. (Barletta, Barbara) (Entered: 02/04/2014) |
| 02/14/2014 | 32 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Calendar Call set for Wednesday, 3/5/2014 at 09:00 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 02/14/2014) |
| 02/28/2014 | 33 | TRIAL NOTICE AND PRETRIAL ORDER signed by Judge John J. McConnell, Jr.(Barletta, Barbara) (Entered: 02/28/2014) |
| 03/05/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr:Calendar Call as to Henry A. Fellela, Jr held on 3/5/2014; counsel of record present(Court Reporter Debra Lajoie in Courtroom 3 at 9:40 a.m..) (Barletta, Barbara) (Entered: 03/05/2014) |
| 03/05/2014 | | ORAL ORDER granting Defendant's Oral Motion to continue. This case will be placed on the April, 2014 trial calendar. The time requested is excudable pursuant to 18 U.S.C. 3161(h)(8) of the Speedy Trial Act. - So Ordered by Judge John J. McConnell, Jr. on 3/5/14. (Barletta, Barbara) (Entered: 03/05/2014) |
| 03/07/2014 | 34 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Calendar Call set for Wednesday, 4/2/2014 at 09:30 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 03/07/2014) |
| 03/12/2014 | 35 | Second MOTION to Modify Conditions of Release WITH SUPPORTING MEMO filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 03/12/2014) |
| 03/13/2014 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr Motion Hearing set for **3/19/2014 11:00 AM** in Courtroom B before Magistrate Judge Patricia A. Sullivan on Motion to Modify Conditions of Release 35 .(Saucier, Martha) (Entered: 03/13/2014) |
| 03/17/2014 | 36 | |

| | | |
|---|---|---|
| | | TRIAL NOTICE AND PRETRIAL ORDER as to Henry A. Fellela, Jr - So Ordered by Judge John J. McConnell, Jr. on 3/17/14. (Barletta, Barbara) (Entered: 03/17/2014) |
| 03/19/2014 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan:Motion Hearing as to Henry A. Fellela, Jr held on 3/19/2014 re 35 Second MOTION to Modify Conditions of Release filed by Henry A. Fellela, Jr. Richard Rose for the government; Olin Thompson for the defendant; Derek Dufresne for probation. Attorneys argue; Court denies the motion; Court directs the defendant and probation to develop a way in which the defendant may take walks.(Courtroom B at 11:07.) (Saucier, Martha) (Entered: 03/19/2014) |
| 03/19/2014 | | TEXT ORDER denying 35 Motion to Modify Conditions of Release as to Henry A. Fellela Jr. (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 3/19/14.(Saucier, Martha) (Entered: 03/19/2014) |
| 03/26/2014 | 37 | MOTION to Amend/Correct 26 Order Setting Conditions of Release WITH SUPPORTING MEMO filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 03/26/2014) |
| 04/01/2014 | | NOTICE OF HEARING as to Henry A. Fellela, Jr; The 37 Motion for Amendment of Conditions of Release will be heard following the calendar call on 4/2/13(Barletta, Barbara) (Entered: 04/01/2014) |
| 04/02/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr:Calendar Call as to Henry A. Fellela, Jr held on 4/2/2014; Richard Rose for government; Olin Thompson for defendant. Case to proceed to empanelment(Court Reporter Debra Lajoie in Courtroom 3 at 9:45 a.m..) (Barletta, Barbara) (Entered: 04/02/2014) |
| 04/02/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr:Motion Hearing as to Henry A. Fellela, Jr held on 4/2/2014 re 37 MOTION to Amend/Correct 26 Order Setting Conditions of Release filed by Henry A. Fellela, Jr.; Richard Rose for Government; Olin Thompson for defendant; Counsel argue motion. Court denies Motion(Court Reporter Debra Lajoie in Courtroom 3 at 9:50 a.m..) (Barletta, Barbara) (Entered: 04/02/2014) |
| 04/02/2014 | | ORAL ORDER denying 37 Motion to Amend/Correct as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 4/2/14.(Barletta, Barbara) (Entered: 04/02/2014) |
| 04/02/2014 | 38 | NOTICE OF HEARING as to Henry A. Fellela, Jr: Final Pretrial Conference set for Thursday, 4/10/2014 Judge John J. McConnell, Jr. Chambers - Room 211 immediately following jury empanelment(Barletta, Barbara) (Entered: 04/02/2014) |
| 04/02/2014 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr: Jury Selection set for Thursday, 4/10/2014 at 09:30 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 04/02/2014) |
| 04/07/2014 | 39 | TRIAL BRIEF by USA as to Henry A. Fellela, Jr (Rose, Richard) (Entered: 04/07/2014) |
| 04/07/2014 | 40 | |

| | | |
|---|---|---|
| | | NOTICE *of 404(B)* by USA as to Henry A. Fellela, Jr (Rose, Richard) (Entered: 04/07/2014) |
| 04/08/2014 | [41](#) | NOTICE OF INTENT TO PLEAD GUILTY by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 04/08/2014) |
| 04/08/2014 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr: Change of Plea Hearing set for Tuesday, 4/8/2014 at 03:00 PM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 04/08/2014) |
| 04/08/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr: Change of Plea Hearing as to Henry A. Fellela, Jr held on 4/8/2014, Plea entered by Henry A. Fellela Jr. (1) Guilty Count 1,2,3,4-5. Richard W. Rose for Government. Olin W. Thompson for Defendant. Defendant present and sworn. Court verifies that Defendant has reviewed the charges with his attorney. Court questions Defendant and reviews maximum penalties, sentencing guidelines, and constitutional rights. Government outlines legal elements and facts of this case. Defendant agrees with Government's factual outline. Defendant pleads guilty to Counts 1 - 5. Court accepts plea and adjudges the Defendant guilty. Sentencing Hearing is scheduled for 7/1/2014 at 10:00 am. Defendant released on previous bond conditions. Court adjourned. (Court Reporter Debra Lajoie in Courtroom 3 at 3:03 pm.) (McGuire, Vickie) (Entered: 04/08/2014) |
| 04/08/2014 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr Sentencing set for 7/1/2014 10:00 AM in Courtroom 3 before Judge John J. McConnell Jr.(McGuire, Vickie) (Entered: 04/08/2014) |
| 06/10/2014 | [43](#) | MOTION to Extend Time 2 weeks filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 06/10/2014) |
| 06/10/2014 | | TEXT ORDER granting [43](#) Motion to Extend Time to object to presentence report and to continue sentencing as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 6/10/14.(Barletta, Barbara) (Entered: 06/10/2014) |
| 06/10/2014 | | HEARING CANCELLED as to Henry A. Fellela, Jr: Sentencing hearing scheduled for Tuesday, 7/1/14 at 10:00 a.m. in Courtroom 3 before Judge John J. McConnell, Jr. is cancelled and will be rescheduled(Barletta, Barbara) (Entered: 06/10/2014) |
| 06/10/2014 | | REVISED **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr: Sentencing hearing is RESET to Wednesday, 7/23/2014 at 10:00 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 06/10/2014) |
| 06/18/2014 | [44](#) | MOTION to Travel filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 06/18/2014) |
| 06/19/2014 | | TEXT ORDER granting [44](#) Motion to Travel as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 6/19/14.(Barletta, Barbara) (Entered: 06/19/2014) |
| 07/14/2014 | [45](#) | MOTION to Continue *SENTENCING* filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 07/14/2014) |

| 07/15/2014 | | TEXT ORDER granting 45 Motion to Continue sentencing as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 7/15/14.(Barletta, Barbara) (Entered: 07/15/2014) |
|---|---|---|
| 07/15/2014 | | HEARING CANCELLED as to Henry A. Fellela, Jr: Sentencing hearing scheduled for Wednesday, 7/23/14 at 10:00 a.m. in Courtroom 3 before Judge John J. McConnell, Jr. is cancelled and will be rescheduled(Barletta, Barbara) (Entered: 07/15/2014) |
| 07/15/2014 | | **REVISED NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr: Sentencing hearing is RESET to Tuesday, 8/26/2014 at 10:00 AM in Courtroom 3 before Judge John J. McConnell Jr.(Barletta, Barbara) (Entered: 07/15/2014) |
| 08/07/2014 | 46 | OBJECTION TO PRESENTENCE REPORT by Henry A. Fellela, Jr (Thompson, Olin) (Entered: 08/07/2014) |
| 08/20/2014 | 49 | SENTENCING MEMORANDUM by USA as to Henry A. Fellela, Jr (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rose, Richard) (Entered: 08/20/2014) |
| 08/20/2014 | 50 | MOTION for Sentence Variation WITH SUPPORTING MEMO filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 08/20/2014) |
| 08/20/2014 | 51 | EXHIBIT IN SUPPORT by Henry A. Fellela, Jr in support of 50 MOTION for Sentence Variation (Thompson, Olin) (Entered: 08/20/2014) |
| 08/22/2014 | 52 | Second MOTION to Continue *Sentencing* filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 08/22/2014) |
| 08/25/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr:Motion Hearing as to Henry A. Fellela, Jr held on 8/25/2014 re 52 Second MOTION to Continue *Sentencing* filed by Henry A. Fellela, Jr.; Richard Rose for Government; Olin Thompson for Defendant. Counsel argue Motion to Continue Sentencing. Court grants in part and denies in part Motion to Continue (Court Reporter Debra Lajoie in Courtroom 3 at 9:50 a.m..) (Barletta, Barbara) (Entered: 08/25/2014) |
| 08/25/2014 | | TEXT ORDER granting in part and denying in part 52 Motion to Continue as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 8/25/14. (Barletta, Barbara) (Entered: 08/25/2014) |
| 08/25/2014 | 53 | Letter(s) filed regarding sentencing as to Henry A. Fellela, Jr. NOTICE: Case Participants must first log in using their CM/ECF Filer login. The public may view this document at the Clerks Office. (Barletta, Barbara) (Entered: 08/25/2014) |
| 08/26/2014 | | Minute Entry for proceedings held before Judge John J. McConnell, Jr: Sentencing held on 8/26/2014 for Henry A. Fellela, Jr. (1), Count(s) 1, 2, 3, 4-5. Richard W. Rose for Government. Olin W. Thompson for Defendant. Kristin Mattias for Probation. Defendant present. Court verifies that Defendant has reviewed the PSR with his attorney. Court sets forth advisory sentencing guideline calculations in this case. Defendant objects to paragraph 20 of the |

| | | |
|---|---|---|
| | | PSR. Court sustains the objection in part and does not add the 2 point enhancement. Government and Defendant present sentencing recommendations. Defendant allocutes. Court imposes a total of 48 months incarceration; 24 months as to Counts 1, 3, 4, and 5 and 24 months as to Count 2 to be served consecutive to Counts 1, 3, 4, and 5. 3 years of supervised release. Restitution in the amount of $3077.13. A $500 special assessment. No fine imposed. Defendant to surrender to designated BOP on October 3, 2014 before 2pm. Defendant released on previous bond conditions. Court adjourned.(Court Reporter Debra Lajoie in Courtroom 3 at 10:14 am.) (McGuire, Vickie) (Entered: 08/26/2014) |
| 08/29/2014 | 54 | JUDGMENT as to Henry A. Fellela, Jr. (1), Count(s) 1, 2, 3, 4-5, Court imposes a total of 48 months incarceration; 24 months as to Counts 1, 3, 4, and 5 and 24 months as to Count 2 to be served consecutive to Counts 1, 3, 4, and 5. 3 years of supervised release. Restitution in the amount of $3077.13. A $500 special assessment. No fine imposed. So Ordered by Judge John J. McConnell, Jr on 8/28/2014. (Smith, Rana) (Entered: 08/29/2014) |
| 09/19/2014 | 55 | MOTION to Continue *Surrender date* filed by Henry A. Fellela, Jr. (Thompson, Olin) (Entered: 09/19/2014) |
| 09/19/2014 | | TEXT ORDER granting 55 Motion to Continue surrender date to 10/6/14 as to Henry A. Fellela Jr. (1)- So Ordered by Judge John J. McConnell, Jr. on 9/19/14. (Barletta, Barbara) (Entered: 09/19/2014) |
| 11/10/2015 | 57 | Letter from Henry A. Fellela, Jr. (McGuire, Vickie) (Entered: 11/10/2015) |
| 11/10/2015 | | TEXT ORDER: The US Probation Office is directed to respond to Henry A. Fellela, Jr's 57 Letter. - So Ordered by Judge John J. McConnell, Jr. on 11/10/2015. (McGuire, Vickie) (Entered: 11/10/2015) |
| 03/12/2019 | 61 | Arrest Warrant Returned Executed on 3/11/2019. in case as to Henry A. Fellela, Jr.. (Saucier, Martha) (Entered: 03/12/2019) |
| 03/12/2019 | | Arrest of Henry A. Fellela, Jr. in Connecticut (New Haven). (Saucier, Martha) (Entered: 03/13/2019) |
| 03/13/2019 | 62 | Rule 5(c)(3) Documents Received as to Henry A. Fellela, Jr. from the District of CT (New Haven) (Saucier, Martha) (Entered: 03/13/2019) |
| 03/22/2019 | 63 | NOTICE OF ATTORNEY APPEARANCE Zechariah Chafee appearing for USA. (Chafee, Zechariah) (Entered: 03/22/2019) |
| 03/25/2019 | | NOTICE OF HEARING as to Henry A. Fellela, Jr. Preliminary Revocation Hearing set for **3/26/2019 at 01:00 PM** in Courtroom B before Magistrate Judge Patricia A. Sullivan.(Saucier, Martha) (Entered: 03/25/2019) |
| 03/25/2019 | | Attorney update in case as to Henry A. Fellela, Jr.. Attorney Richard W. Rose terminated. (Saucier, Martha) (Entered: 03/25/2019) |
| 03/26/2019 | | Arrest of Henry A. Fellela, Jr. (Saucier, Martha) (Entered: 03/26/2019) |
| 03/26/2019 | 64 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Henry A. Fellela, Jr.. So Ordered by Magistrate Judge Patricia A. Sullivan on 3/26/2019. (Saucier, Martha) (Entered: 03/26/2019) |

| 03/26/2019 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan:Preliminary Revocation Hearing as to Henry A. Fellela, Jr. held on 3/26/2019, Detention Hearing as to Henry A. Fellela, Jr. held on 3/26/2019. Z. Chafee for the government; Olin Thompson for the defendant; Amie Blanchette for probation. Court informs defendant of his rights and appoints FPD on his behalf; Court informs defendant of pending violations and potential penalties; Court schedules a status conference for 4/26/2019 at 10:00 am; Both sides argue; Court orders defendant detained; Defendant remanded into custody. (Court Reporter FTR-Recording in Courtroom B at 1:14.)(Saucier, Martha) (Entered: 03/26/2019) |
|---|---|---|
| 03/26/2019 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Henry A. Fellela, Jr.. Status Hearing set for **4/26/2019 at 10:00 AM** in Courtroom B before Magistrate Judge Patricia A. Sullivan.(Saucier, Martha) (Entered: 03/26/2019) |
| 03/27/2019 | 65 | Request for Jurisdiction Transfer Out of Supervised Release to the District of Connecticut as to Henry A. Fellela, Jr.. (Attachments: # 1 transfer memo) (Woishnis, Christina) (Entered: 03/27/2019) |
| 03/27/2019 | | TEXT ORDER: Any party wishing to object to the jurisdictional transfer to the District of Connecticut of the supervised release violation allegation shall file their objection on or before Monday, April 1, 2019 - So Ordered by District Judge John J. McConnell, Jr. on 3/27/2019. (Urizandi, Nisshy) (Entered: 03/27/2019) |
| 04/17/2019 | 68 | Final Order: Transferring Supervised Release to District of Connecticut as to Henry A. Fellela, Jr.. Order of transfer, indictment, judgment, and docket sheet certified to transferee court. (Attachments: # 1 Docket Sheet, # 2 Indictment, # 3 Judgment)(Potter, Carrie) (Entered: 04/17/2019) |
| 04/22/2019 | | HEARING CANCELLED re Status Hearing set for 4/26/2019 at 10:00 AM in Courtroom B before Magistrate Judge Patricia A. Sullivan as to Henry A. Fellela, Jr. has been cancelled.(Saucier, Martha) (Entered: 04/22/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/13/2019 10:41:41 | | |
| **PACER Login:** | DZ2054:4257515:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cr-00097-JJM-PAS |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

HENRY A. FELLELA, JR.

:
:
:
:
:
:
:
:
:

**CR 13     097 M**

CR. No.

In violation of 18 U.S.C.

§§ 1029(a)(2), 1028A, and 641, and
42 U.S.C. § 1383a(a)(3).

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (CREDIT CARD FRAUD)

1.    In or about September 2010, within the District of
Rhode Island and elsewhere, the defendant, HENRY A. FELLELA,
JR., did knowingly and with intent to defraud use one or more
unauthorized access devices, namely, a Citibank Sears Department
Store MasterCard with account number ****-****-****-6428 in the
name of R.H., and by such conduct obtained something of value,
namely cash, goods, and services aggregating more than $1,000,
or approximately $3,077.13, during the stated period, and such
conduct affected interstate and foreign commerce,

All in violation of 18 U.S.C. § 1029(a)(2).

## COUNT 2

### (AGGRAVATED IDENTIFICATION THEFT)

2. The allegations made in Paragraph 1 are incorporated by reference.

3. In or about September 2010, in the District of Rhode Island and elsewhere, the defendant, HENRY A. FELLELA, JR., during and in relation to the commission of credit card fraud, in violation of 18 U.S.C. § 1029(a)(2), did knowingly possess and use without lawful authority, a means of identification of another person, that is, the name "R.H." and a Citibank Sears Department Store MasterCard account number ending in 6428,

All in violation of 18 U.S.C. §§ 1028A(a)(1) and (c)(4).

## COUNT 3

### (SOCIAL SECURITY FRAUD)

4. On or about March 28, 2004, and continuing through on or about June 1, 2012, within the District of Rhode Island, defendant HENRY A. FELLELA, in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting his initial and continued right to payment of Title XVI Supplemental Security Income benefits ("SSI"), concealed and failed to disclose such event with the intent to fraudulently secure payment in an amount greater than was due him, or when no payment was authorized. Specifically,

on an Application For Supplemental Security Income, defendant HENRY A. FELLELA, concealed from and failed to disclose to the Social Security Administration, that he was living with his wife in their marital domicile by falsely stating that he was "Homeless'" and did "not live anywhere permanently," with the intent to deceive the Social Security Administration into making benefit payments totaling $58,207.34, more or less,

All in violation of 42 U.S.C. § 1383a(a)(3).

## COUNT 4

### (THEFT OF GOVERNMENT FUNDS)

5. On or about June 23, 2004, and continuing through on or about June 1, 2012, in the District of Rhode Island, the defendant, HENRY A. FELLELA, willfully and knowingly did embezzle, steal, purloin, and convert to his own use, money and things of value, that is: $58,207.34, more or less, property of the Social Security Administration, a department or agency of the United States,

All in violation of 18 U.S.C. § 641.

3

## COUNT 5

### (THEFT OF GOVERNMENT FUNDS)

6.  On or about June 23, 2004, and continuing through on or about June 1, 2012, in the District of Rhode Island, the defendant, HENRY A. FELLELA, willfully and knowingly did receive, conceal, and retain, stolen property of the Social Security Administration, a department or agency of the United States, namely, Supplemental Security Income Benefits disability benefits ("SSI") to which he was not entitled, having a value of approximately $58,207.34, more or less, with the intent to convert it to his use or gain, knowing said property money to have been embezzled, stolen, purloined, and converted,

All in violation of 18 U.S.C. § 641.

A TRUE BILL:

REDACTED

PETER F. NERONHA
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

Dated: 7/24/13

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT  CASE NO.  **CR13    097 M**

USA vs.

Defendant:  Henry A. Fellela, Jr.

3 Dion Street

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
  ☐ Indictment ☐ Charges/Counts Added
  ☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT  **RHODE ISLAND**
DISTRICT OF  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM  **PETER F. NERONHA**
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5043

Name of Asst.
U.S. Attorney  Richard W. Rose
(if assigned)

**REDACTED**

☐ Alien
(if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense  RHODE ISLAND  County

Issue: ☒ Warrant ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts  4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | Estimate Trial Days: | ☐ Felony ☐ Misdemeanor |

<u>United States v. Henry A. Fellela, Jr.</u>

## INDICTMENT COVER SHEET ATTACHMENT

Count 1:   (Credit Card Fraud, 18 U.S.C. § 1029(a)(2))

      MAX PENALTY

      a. 10 years imprisonment;
      b. $250,000 fine;
      c. 3 years supervised release; and
      d. $100 special assessment.

Count 2:   (Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) and
      (c)(4))

      MAX PENALTY

      a. 2 years imprisonment (consecutive);
      d. $100 special assessment.

Count 3:   (Social Security Fraud, 42 U.S.C. § 1383a(a)(3))

      MAX PENALTY

      a. 5 years imprisonment;
      b. $250,000 fine;
      c. 3 years supervised release; and
      d. $100 special assessment.

Counts 4 & 5:  (Theft of Government Property, 18 U.S.C. § 641)

      MAX PENALTY FOR EACH COUNT

      a. 10 years imprisonment;
      b. $250,000 fine;
      c. 3 years supervised release; and
      d. $100 special assessment.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
             Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| **Henry A. Fellela, Jr.** | ) | Case Number:   **1:13CR00097-01M** |
| | ) | USM Number:   **03157-070** |
| | ) | **Olin W. Thompson, Esq.** |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    I, II, III, IV and V of the Indictment.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1029(a)(2) | Knowingly and with Intent to Defraud Use One or More Unauthorized Access Devices | September 2010 | I |
| 18 U.S.C. §§ 1028A(a)(1) and (c)(4) | Aggravated Identity Theft | September 2010 | II |
| 42 U.S.C. § 1383a(a)(3) | Social Security Fraud | June 1, 2012 | III |

     The defendant is sentenced as provided in pages 2 through    7    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)         ☐ is    ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 26, 2014
Date of imposition of Judgment

*[signature]*
Signature of Judge

John J. McConnell, Jr.
US District Judge
Name and Title of Judge

8/28/14
Date

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
          Sheet 1A

DEFENDANT: **Henry A. Fellela, Jr.**
CASE NUMBER: **1:13CR00097-01M**

Judgment—Page ___2___ of ___7___

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 641 | Theft of Government Funds | June 1, 2012 | IV, V |

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __3__ of __7__

DEFENDANT:  Henry A. Fellela, Jr.
CASE NUMBER:  1:13CR00097-01M

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**48 months; 24 months as to Counts 1, 3, 4, and 5 to be served concurrently; and 24 months as to Count 2 to be served consecutive to Counts 1, 3, 4, and 5.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 2 p.m. on _____10/3/2014_____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

DEFENDANT:  **Henry A. Fellela, Jr.**                    Judgment—Page __4__ of __7__
CASE NUMBER:  **1:13CR00097-01M**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**3 years as to Counts 1, 3, 4, and 5 and 1 year as to Count 2 all to run concurrently.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

### FOR OFFICIAL USE ONLY - US PROBATION OFFICE

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or (3) modify the conditions of supervision.
These conditions have been read to me. I fully understand them and have been provided a copy.

(Signed)

_____          _____
               Defendant                                              Date

_____          _____
    US Probation Officer/Designated Witness                        Date

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

DEFENDANT:  **Henry A. Fellela, Jr.**
CASE NUMBER:  **1:13CR00097-01M**

Judgment—Page ___5___ of ___7___

## SPECIAL CONDITIONS OF SUPERVISION

In addition, the defendant shall comply with the following special condition(s):

1. The defendant shall participate in a program of mental health treatment, as directed and approved by the U.S. Probation Office. The defendant shall contribute to the costs of such treatment based on ability to pay as determined by the probation officer.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: **Henry A. Fellela, Jr.**
CASE NUMBER: **1:13CR00097-01M**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 500.00 | $ 0.00 | $ 3,077.13 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Citibank Security<br>14700 Citicorp Drive, Bldg. #2<br>Hagerstown, MD 21742 | $3,077.13 | $3,077.13 | |
| | | | |

| **TOTALS** | $ 3,077.13 | $ 3,077.13 |
|---|---|---|

☐ If applicable, Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the  ☐ fine  ☑ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

| | |
|---|---|
| DEFENDANT:  **Henry A. Fellela, Jr.** | Judgment — Page _7_ of _7_ |
| CASE NUMBER:  **1:13CR00097-01M** | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $  3,577.13  due immediately.

     ☐ not later than _____ , or
     ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.